**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JEFF AIDNIK, | ) | 2:08-cv-02583-HDM-RAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR PAYMENT |
| vs. | ) | OF INMATE FILING FEE |
| | ) | |
| CALIFORNIA MEDICAL FACILITY, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

To: The Director of the California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California  95814.

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action.  Plaintiff has been not been assessed an initial partial filing fee.  Plaintiff will be obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account.  The California Department of Corrections and Rehabilitation is required to send to the Clerk of the Court payments from plaintiff's prison trust

1

1 account each time the amount in the account exceeds $10.00, until
2 the statutory filing fee of $350.00 is paid in full.  28 U.S.C. §
3 1915(b)(2).

4     Good cause appearing therefore, IT IS HEREBY ORDERED that:

5     1. The Director of the California Department of Corrections
6 and Rehabilitation or a designee shall collect from plaintiff's
7 prison trust account the $350.00 filing fee by collecting monthly
8 payments from plaintiff's prison trust account in an amount equal
9 to twenty percent (20%) of the preceding month's income credited to
10 the prisoner's trust account and forwarding payments to the Clerk
11 of the Court each time the amount in the account exceeds $10.00 in
12 accordance with 28 U.S.C. § 1915(b)(2).  The payments shall be
13 clearly identified by the name and number assigned to this action.

14     2. The Clerk of the Court is directed to serve a copy of this
15 order and a copy of plaintiff's signed in forma pauperis affidavit
16 on Director, California Department of Corrections and
17 Rehabilitation, 1515 S Street, Sacramento, California  95814.

18     3. The Clerk of the Court is directed to serve a copy of this
19 order on the Financial Department of the court.

20     DATED: This 29th day of January, 2009.

*Howard D. McKibben*
UNITED STATES DISTRICT JUDGE