IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF C. AIDNIK,

        Plaintiff,                      No. CIV S-08-2145-SPG (PC)

    vs.

MIKE KNOLLS et al.,

        Defendants.           ORDER

                                 /

        Plaintiff is a state prisoner who is proceeding pro se. He seeks relief pursuant to 42 U.S.C. § 1983. Upon comparison of this complaint with the complaint in Aidnik v. California Medical Facility, No. CIV S-08-2583-HDM-RAM,[1] the court deems the complaint in this case to be a request to file a supplemental pleading in the original case. See Fed. R. Civ. P. 15(d). The cases are brought by the same plaintiff, concern overlapping facts and events, and assert similar claims for relief. See Cabrera v. City of Huntington Park, 159 F.3d 374, 382 (9th Cir. 1998) (per curiam) (holding that, at the court's discretion, a party may file a supplemental complaint containing claims that accrued after the initial complaint was filed). The court therefore

---

[1] A court may take judicial notice of court records. MGIC Indem. Corp. v. Weisman, 803 F.2d 500, 504 (9th Cir. 1986).

1

PDF created with pdfFactory trial version www.pdffactory.com

GRANTS the request.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall file the complaint and addendum to the complaint herein as supplemental pleadings in Aidnik v. California Medical Facility, No. CIV S-08-2583-HDM-RAM.

2. This case is hereby DISMISSED.

DATED: March 5, 2009

                                      **/s/ Susan P. Graber**

                                      UNITED STATES CIRCUIT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com