UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFF AIDNIK, | ) | 2:08-cv-02583-HDM-RAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| CALIFORNIA MEDICAL FACILITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff's motion to sever the complaint originally filed as case number 2:08-cv-02145 and filed in this action as a supplemental pleading (#18, #19) is hereby granted. The clerk of the court is directed to open a new action and file therein the plaintiff's original complaint in case number 2:08-cv-02145 (#16), the amended complaint filed on May 7, 2009 (#20), the court's order dated March 6, 2009 (#15), plaintiff's motion for an extension of

1

time (#18), plaintiff's motion to reopen case number 2:08-cv-02145 (#19), and a copy of this order. The filing fee attributable to case number 2:08-cv-02145 will be deemed applied to the new action.

This action, case number 2:08-cv-02583-HDM-RAM, will go forward on plaintiff's first amended complaint filed on February 19, 2009, (#14) only.

DATED: This 11th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE