1

2

3

4

5

6

7

8

9

10

11

12                 **UNITED STATES DISTRICT COURT**

13            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

14

15  JEFF AIDNIK,                    )        2:08-cv-02583-HDM-RAM
                                    )
16                 Plaintiff,       )
                                    )        ORDER
17  vs.                             )
                                    )
18  CALIFORNIA MEDICAL FACILITY, et )
    al.,                            )
19                                  )
                   Defendants.      )
20  _____ )

21
        Plaintiff's motion to amend his complaint in this action (#18)
22
    is hereby denied.
23
        DATED: This 12th day of May, 2009.
24

25                              _Howard D McKibben_____

26                              UNITED STATES DISTRICT JUDGE

27

28