UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFF AIDNIK, | ) | 2:08-cv-02583-HDM-RAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| CALIFORNIA MEDICAL FACILITY, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff is a state prisoner proceeding pro se in this action asserting civil rights claims under 42 U.S.C. § 1983. In its order dated April 17, 2009, the court found plaintiff's complaint stated a colorable First Amendment retaliation claim against defendants Grouch, Riley, Lewis, Moreno, Pulsipher, and Hubbard.

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: (1)

1

Grouch; (2) Riley; (3) Lewis; (4) Moreno; (5) Pulsipher; and (6) Hubbard.

2. Defendants Lt. Swarget, Sgt. Barclay, Mike Knolls, P. Mandeville, Sgt. Wyant, Lance Jenson, and Lt. Shankland are hereby dismissed.

3. The Clerk of the Court shall send plaintiff 6 USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed February 19, 2009.

4. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Six copies of the endorsed amended complaint filed February 19, 2009.

5. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: This 12th day of May, 2009.

_Howard D. McKibben_
UNITED STATES DISTRICT JUDGE

```
 1
 2
 3
 4
 5
 6
 7                    **UNITED STATES DISTRICT COURT**
 8                 **FOR THE EASTERN DISTRICT OF CALIFORNIA**
 9  JEFF AIDNIK,                    )    2:08-cv-02583-HDM-RAM
                                    )
10              Plaintiff,          )
                                    )    NOTICE OF SUBMISSION OF
11  vs.                             )    DOCUMENTS
                                    )
12  CALIFORNIA MEDICAL FACILITY, et )
    al.,                            )
13                                  )
                Defendants.         )
14  _____
15
         Plaintiff hereby submits the following documents in compliance
16
    with the court's order filed _____:
17
         _____   completed summons form
18
         _____   completed USM-285 forms
19
         _____   copies of the _____
20                                Complaint/Amended Complaint
21
    DATED:
22
                                     _____
23                                   Plaintiff
24
25
26
27
28
```