1
2
3
4
5
6
7
8
9
10                    **UNITED STATES DISTRICT COURT**

11              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

12

13  JEFF AIDNIK,                    )        2:08-cv-02583-HDM-RAM
                                    )
14                  Plaintiff,      )
                                    )        ORDER
15  vs.                             )
                                    )
16  CALIFORNIA MEDICAL FACILITY, et )
    al.,                            )
17                                  )
                    Defendants.     )
18  _____)

19
        On May 12, 2009, the court denied plaintiff's motion to amend
20
    his complaint (#18).  On May 15, 2009, the plaintiff filed an
21
    amended complaint (#24).  Accordingly, the plaintiff's amended
22
    complaint filed on May 15, 2009, (#24) was filed without leave of
23
    court and is hereby stricken.
24
        **IT IS SO ORDERED.**
25
        DATED: This 19th day of May, 2009.
26

27                        _Howard D McKibben_
                        _____
28                      UNITED STATES DISTRICT JUDGE