**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JEFF AIDNIK, | ) | 2:08-cv-02583-HDM-RAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| CALIFORNIA MEDICAL FACILITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The plaintiff's motion objecting to this court's order dated May 19, 2009, and seeking reconsideration of its April 17, 2009, and May 12, 2009, orders denying him leave to file an amended complaint (#26) is denied.

**IT IS SO ORDERED.**

DATED: This 27th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE