# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF AIDNIK,                               )         2:08-CV-02583-HDM (RAM)
                                           )
       Plaintiff,                  )         **ORDER**
                                           )
  vs.                                      )
                                           )
CALIFORNIA MEDICAL FACILITY,               )
et al.,                                    )
                                           )
       Defendants.                 )
_____)

Before the court is Plaintiff's Request for Pitchess Motion (Doc. #4).

**IT IS HEREBY ORDERED** that Plaintiff's Request for Pitchess Motion (Doc. #4) is **STRICKEN** and shall be **RETURNED** to Plaintiff. The Local Rules preclude the filing of such documents.

**IT IS FURTHER ORDERED** that Plaintiff's Request for Pitchess Motion (Doc. #4) is premature as Defendants have yet to be served with the Summons and Amended Complaint in this action.

DATED: June 23, 2009.

_____
UNITED STATES MAGISTRATE JUDGE