**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JEFF AIDNIK, | ) | 2:08-cv-02583-HDM-RAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| CALIFORNIA MEDICAL FACILITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On July 6, 2010, defendant Grochall filed a motion for summary judgment in this action (#94).  On that date, plaintiff's address was listed as Jeff Aidnik, V-82709, P.O. Box 207, Sonora, CA 95370. Defendant accordingly served the motion on plaintiff at that address.  The day after defendant filed his motion, the court received a notice of change of address from the plaintiff. Therefore, the clerk of the court is directed to mail plaintiff a copy of defendant's motion and attached exhibits, along with a copy

1

of this order, to plaintiff's current listed address: Jeff Aidnik, V-82709, P.O. Box 754, Mi Wuk, CA 95346. The plaintiff shall file any opposition to the motion on or before September 7, 2010.

**IT IS SO ORDERED.**

DATED: This 3rd day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE

2