**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JEFF AIDNIK, | ) | 2:08-cv-02583-HDM-RAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| CALIFORNIA MEDICAL FACILITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On August 5, 2010, plaintiff filed a motion seeking a continuance (#98). To the extent plaintiff is seeking an extension of time to oppose the defendant's motion for summary judgment, the motion is denied as moot. The court in its order dated August 3, 2010, *sua sponte* granted plaintiff an extension of time up to and including September 7, 2010, to file an opposition. To the extent plaintiff is seeking an extension of time to file pretrial motions, the motion is denied as premature. The court has not yet ruled on

1

the dispositive motion in this case.  Accordingly, the pretrial order and motions deadlines have not yet been set.

**IT IS SO ORDERED.**

DATED: This 11th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE