## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| JEFF AIDNIK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  2:08-cv-02583-HDM-RAM |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CALIFORNIA MEDICAL FACILITY, | ) | |
| et al, | ) | |
| | ) | |
| Defendants. | ) | |
| _____/ | | |

IT IS ORDERED, a <u>Telephonic Status Conference is set for Tuesday, October 12, 2010 at 9:30  a.m. in Reno Courtroom 4 before Judge Howard D. McKibben</u>.

Telephonic Status Conference shall be conducted via AT&T Conference.  <u>Participants shall call AT&T no later than 5 minutes prior to the hearing at 1 (877) 336-1839 and provide Access Code 3246567 and Security Code 0019</u>.

IT IS SO ORDERED.

Dated this 13th day of September, 2010.

_____
HOWARD D. McKIBBEN,
Senior United States District Judge