**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JEFF AIDNIK, | ) | 2:08-cv-02583-HDM-RAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| CALIFORNIA MEDICAL FACILITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff has filed a motion for discovery seeking copies of certain investigative reports (#92). The plaintiff has already examined those documents. Accordingly, the motion for discovery is denied. If plaintiff needs to examine the documents again, he should advise the attorney for the defendant. If a mutually agreeable date and time cannot be reached for plaintiff's further review of those documents, and if he needs to do so before trial,

1

plaintiff can petition the court to consider whether or not he should be entitled to another inspection of the documents.

**IT IS SO ORDERED.**

DATED: This 18th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE