UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JEFF AIDNIK, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CALIFORNIA MEDICAL FACILITY, )<br>et al, )<br>)<br>Defendants. )<br>_____/ | Case No.  2:08-cv-02583-HDM-RAM<br><br>ORDER |

**IT IS ORDERED**, the <u>**Telephonic Pretrial Conference** currently set for Tuesday, May 10, 2011 at 10:00 a.m.</u> is hereby **ADVANCED and RESET for <u>Wednesday, April 20, 2011 at 8:15 a.m. (Pacific Time) in Reno Courtroom 4 before Judge Howard D. McKibben</u>**.

Telephonic Pretrial Conference shall be conducted via AT&T Conference.  <u>**Participants shall call AT&T no later than 5 minutes prior to the hearing at 1 (877) 336-1839 and provide Access Code 3246567 and Security Code 0068**</u>.

**IT IS FURTHER ORDERED**, in accordance with the Court's previous Order on November 18, 2010, Defense counsel shall prepare a Proposed Joint Pretrial Order and submit to the Plaintiff for review and objections, if any.  **The Proposed Joint Pretrial Order shall be filed with the Court no later than Tuesday, May 4, 2011**.

**IT IS SO ORDERED**.

Dated this 21st day of March, 2011.

_____
HOWARD D. McKIBBEN,
Senior United States District Judge