UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

JEFF AIDNIK,  )
            Plaintiff,  )  2:08-cv-02583-HDM-RAM
            vs.  )  **ORDER REGARDING TRIAL**
CALIFORNIA MEDICAL FACILITY, et al.,  )
            Defendants.  )

Attached hereto is a list of all cases on calendar before this Court on **Tuesday, May 24, 2011**.

IT IS ORDERED, the parties shall appear telephonically for the **Telephonic Pretrial Conference on Wednesday, April 20, 2011 at 8:15 a.m. (Pacific Time) in Reno Courtroom 4 before Judge Howard D. McKibben. Participants shall call AT&T no later than 5 minutes prior to the hearing at 1 (877) 336-1839 and provide Access Code 3246567 and Security Code 0068.**

Proposed Findings of Fact and Conclusions of Law or Proposed Joint Jury Instructions **(prepared in accordance with the Order for Preparation of Jury Instructions**) and proposed *voir dire* shall be filed no later than 4:00 p.m. on **Friday, May 13. 2011**.

SUBPOENAS: Any subpoenas should contain special instructions from counsel directing the witness to contact the office of counsel for further instructions prior to appearing.

EXHIBITS: During preparations for trial, the parties shall meet, confer, pre-mark and exchange all trial exhibits. Counsel shall prepare a list of all exhibits, marked numerically. Each exhibit shall be marked with an exhibit sticker properly designating it as Plaintiff's Exhibit, Defendants' Exhibit or Joint Exhibit. The exhibits shall be listed on the form to be provided by the Courtroom Deputy. Counsel may use computer-generated exhibit lists so long as they conform to the requirements of the form

1  provided by the Courtroom Deputy.  Blank exhibit lists and stickers may be obtained from the Office
2  of the Clerk, U.S. District Court.
3         In any case which involves fifteen or more document exhibits, the exhibits shall be placed in
4  a loose-leaf binder behind a tab noting the number of each exhibit.  The binder shall be clearly marked
5  on the front and side with the case caption and number and the sequence of exhibits.  At the
6  commencement of trial, counsel shall provide the Courtroom Deputy with the binder containing the
7  exhibits and a courtesy copy for the Court, and an original and one copy of the Exhibit List.
8         The Court further orders the Courtroom Deputy to serve copies of this Order on all parties.
9         THE DATE of the Clerk's file mark shall constitute the date of this Order.

                           _____
                           HOWARD D. McKIBBEN
                           SENIOR U. S. DISTRICT JUDGE

**TRIAL CALENDAR - TUESDAY, MAY 24, 2011**

1.    2:08-cv-02583-HDM-RAM            JEFF AIDNIK
                                                               vs.
   **Jury Trial**                                    CALIFORNIA MEDICAL FACILITY, et al.

FOR THE PLAINTIFF:                 FOR THE DEFENDANTS:
Jeff Aidnik, Pro Se                      Phillip Arthur, Deputy AG