**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JEFF AIDNIK,

Plaintiff,

vs.

CALIFORNIA MEDICAL FACILITY, et al.,

Defendants.

2:08-cv-02583-HDM-RAM

ORDER

The court conducted a telephonic pretrial conference on April 20, 2011. The plaintiff was given notice of the hearing by the clerk of the court but failed to appear telephonically. The plaintiff has not contacted counsel for defendant or responded to the orders of the court to prepare a joint pretrial order or to commence preparation of proposed jury instructions. Accordingly, the court entered its order directing plaintiff to show cause why this action should not be dismissed for failure to prosecute.

Plaintiff has until May 4, 2011, to respond to the order to show cause. If plaintiff fails to do so, this action will be dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: This 20th day of April, 2011.

Howard D McKibben

UNITED STATES DISTRICT JUDGE