UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFF AIDNIK, | ) | 2:08-cv-02583-HDM-RAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| CALIFORNIA MEDICAL FACILITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

At the hearing on April 20, 2011, the court ordered the plaintiff to show cause why this action should not be dismissed for failure to prosecute. Plaintiff has failed to respond to this and other orders of the court. Accordingly, the court sets a telephonic show cause hearing at 9 a.m. on Thursday, May 12, 2011, for the plaintiff to show cause why this action should not be dismissed.

**IT IS SO ORDERED.**

DATED: This 6th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE