UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JEFF AIDNIK, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CALIFORNIA MEDICAL FACILITY, )<br>et al, )<br>)<br>Defendants. )<br>_____ / | Case No.  2:08-cv-02583-HDM-RAM<br><br>ORDER |

     IT IS ORDERED, the Telephonic Show Cause Hearing currently set for Thursday, May 12, 2011 at 9:00 a.m. shall be conducted via AT&T Conference.  **Participants shall call AT&T no later than 5 minutes prior to the hearing at 1 (877) 336-1839 and provide Access Code 3246567 and Security Code 0079**.

     IT IS SO ORDERED.

Dated this 6th day of May, 2011.

_____
HOWARD D. McKIBBEN,
Senior United States District Judge