UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JEFF AIDNIK, ) | |
| ) | |
| Plaintiff, ) | Case No.  2:08-cv-02583-HDM-RAM |
| ) | |
| vs. ) | ORDER |
| ) | |
| CALIFORNIA MEDICAL FACILITY, ) | |
| et al, ) | |
| ) | |
| Defendants. ) | |

**IT IS ORDERED**, a Telephonic Show Cause Hearing on the Court's April 20, 2011 order to show cause is hereby RESET for Thursday, June 9, 2011 at 10:00 a.m. in Reno Courtroom 4 before Judge Howard D. McKibben.   The Court shall initiate the call.

**IT IS SO ORDERED**.

Dated this 2nd day of June, 2011.

_____
HOWARD D. McKIBBEN,
Senior United States District Judge