IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JEFF AIDNIK,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA MEDICAL FACILITY, et al.,**<br><br>Defendants. | 2:08-cv-02583-HDM-RAM (PC)<br>ORDER GRANTING<br>**STIPULATION TO REQUEST COURT TO REFER CASE TO PRO SE MEDIATION PROGRAM; [PROPOSED] ORDER** |

TO THE COURT IN THE ABOVE-CAPTIONED ACTION:

On June 3, 2011, defense counsel and Plaintiff had a telephone conversation at which time the parties agreed to request the Court to refer this case to the Prisoner Pro Se Mediation Program in order to explore a possible settlement of this case. The parties also agree that should this case be referred to the Pro Se Mediation Program and the mediation is unsuccessful, the parties will maintain all their litigation rights, including taking the case to trial.

/ / /

/ / /

/ / /

1

As such the parties jointly request that the case be referred to the Pro Se Mediation Program to explore settlement in this case.

IT IS SO STIPULATED.

Date: 6-19-2011

By: _____
Jeff Aidnik
Plaintiff in Pro Per

Date: 6/23/11

By: _____
Phillip L. Arthur
Deputy Attorney General
Attorneys for Defendant Grocholl

ORDER

Based on the foregoing stipulation, the court hereby refers this case to the ADR coordinator for the Eastern District of California for mediation and a possible settlement of the case. The ADR coordinator, Sujean Park, may be contacted via email at spark@caed.uscourts.gov.

IT IS SO ORDERED.

Date: June 24, 2011

_____
THE HONORABLE HOWARD D. MCKIBBEN
UNITED STATES DISTRICT COURT

2