**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JEFF AIDNIK, | ) | 2:08-cv-02583-HDM-RAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| CALIFORNIA MEDICAL FACILITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On June 24, 2011, this court granted the parties' stipulation (#120) and referred this case to mediation (#121). On July 6, 2011, the court set a settlement conference for September 1, 2011, before Magistrate Judge Edmund F. Brennan (#122). Both of these documents were served on the plaintiff at the following address:

    Jeff Aidnik
    V-82709
    DEUEL VOCATIONAL INSTITUTION
    East Hall 336

1

```
        P.O. Box 600
        Tracy, CA 95378-0600
```

On July 7, 2011, the plaintiff requested a copy of the signed order on the parties' stipulation and information about the settlement conference (#124). The request contains a different address than appears on the court's record:

```
        Jeff Aidnik
        CDCR #V-82709
        L-3 Dorm
        P.O. Box 20
        Tracy, CA 95378
```

It is unclear whether plaintiff's address has changed to that reflected on his most recent request. Accordingly, the clerk of the court shall mail copies of the court's orders granting the parties' stipulation (#120), setting the settlement conference (#121), and issuing a writ of habeas corpus ad testificandum (#123) to plaintiff at both addresses listed above. Further, the plaintiff is ordered to advise the court on or before July 29, 2011, which address, if either, is his current address.

**IT IS SO ORDERED.**

DATED: This 13th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE

2