**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JEFF AIDNIK, | ) | 2:08-cv-02583-HDM-RAM |
|         Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| CALIFORNIA MEDICAL FACILITY, et al., | ) | |
| | ) | |
|         Defendants. | ) | |
| _____ | ) | |

Plaintiff has filed an application with this court asking that he be allowed to wear street clothing at the settlement conference scheduled for September 1, 2011. (#126). Plaintiff indicates that his mother, Aileen Aidnik, can bring his clothing to the courthouse for the conference (#126). The court has been advised that the United States Marshal's Office has no objection to this request. Accordingly, as long as plaintiff's mother, Aileen Aidnik, provides plaintiff's personal street clothing to the Marshal's Office at 501

1

I Street, Suite 5-600, Sacramento, California, 95814, no later than one business day before the settlement conference and retrieves the clothing from the office before the close of business on September 2, 2011, plaintiff's application is granted (#126).  The clerk of the court is directed to serve a copy of this order on plaintiff's mother, Aileen Aidnik, at the following address:

      Rev. Aileen Aidnik
      6120 French Creek Road
      Shingle Springs, CA 95682

**IT IS SO ORDERED.**

DATED: This 20th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE