**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JEFF AIDNIK, | ) | 2:08-cv-02583-HDM-RAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| CALIFORNIA MEDICAL FACILITY, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

   The plaintiff has filed several motions with the court (#129, #130, #131). All of the motions assert claims against the prisons where plaintiff was recently and is currently being housed. These assertions are outside the scope of this action, and accordingly the plaintiff's motions for the court to order the prisons to do or refrain from doing various things and for sanctions against the prisons are hereby **DENIED**.

   Plaintiff also asks the court to resend all documents filed in

1

1 this case since April 2011.  The request is granted in part, and
2 the clerk of the court is directed to send plaintiff a copy of the
3 court's order setting the settlement conference (#121).  In all
4 other respects, the request is denied as the plaintiff has already
5 been served with these documents.
6      In all other respects, plaintiff's motions (#129, #130, #131)
7 are **DENIED**.
8      Finally, the court notes that plaintiff's address has changed.
9 The clerk of the court is directed to update plaintiff's address to
10 the following:
11      Jeff Aidnik
       PO Box 900
12     Avenal, CA 93204
       Bldg 550-1-55L
13
Plaintiff also lists the following address:
14
       Jeff Aidnik
15     PO Box 9
       Avenal, CA 93204
16     Bldg 550-1-55L
17 Out of an abundance of caution, the clerk of the court is directed
18 to send all future mailings to both addresses.
19      **IT IS SO ORDERED**.
20      DATED: This 5th day of August, 2011.
21
22                              _____
                                UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28
                                    2