**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JEFF AIDNIK, | ) | 2:08-cv-02583-HDM-RAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| CALIFORNIA MEDICAL FACILITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff has filed two motions asking, among other things, that the court resend its order scheduling the September 1, 2011, settlement conference (#133, #134). The motions are granted in part. The clerk of the court is directed to send plaintiff a copy of the court's order setting the settlement conference (#122). The motions are denied in all other respects. The court advises plaintiff that it has issued a writ of *habeas corpus ad testificandum* requiring that he be produced for the September 1,

1

1  2011, settlement conference, and that authorities at Avenal State
2  Prison are aware of the order and have a copy of the writ.
3  Plaintiff's remaining claims are outside the scope of this action
4  and are therefore denied.

5      **IT IS SO ORDERED**.

6      DATED: This 15th day of August, 2011.

*/s/ Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE

2