1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JEFF AIDNIK,

11              Plaintiff,                    No. CIV S-08-2583 HDM RAM

12        vs.

13   CALIFORNIA MEDICAL FACILITY,
     et al.,                                  ORDER RE SETTLEMENT & DISPOSITION
14
                Defendants.
15   _____/

16         Pursuant to the representations of plaintiff and counsel for defendants at a Settlement

17   Conference conducted in Courtroom No. 24 on September 1, 2011, the court has determined that

18   the above-captioned case has settled.

19         The court now orders that dispositional documents are to be filed not later than one

20   hundred twenty (120) days from the date of this order.

21         All hearing dates set in this matter are **VACATED.**

22   ////

23   ////

24   ////

25   ////

26   ////

1    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>

2    <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>

3    <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

4         IT IS SO ORDERED.

5    DATED:  September 1, 2011.

6                                     EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26