**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JEFF AIDNIK, | ) | 2:08-cv-02583-HDM-RAM |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| CALIFORNIA MEDICAL FACILITY, et al., | ) | |
| Defendants. | ) | |

The court has been advised that this case has settled. (*See* #139 & #142). On September 19, 2011, a motion by the plaintiff was filed (#140). The motion is dated July 19, 2011, however, and thus clearly predates the parties' settlement. Once appropriate dismissal documents have been submitted to the court, this action will be dismissed. Accordingly, plaintiff's motion (#140) is denied as moot.

**IT IS SO ORDERED.**

DATED: This 28th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE