**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JEFF AIDNIK, | ) | 2:08-cv-02583-HDM-RAM |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| CALIFORNIA MEDICAL FACILITY, et al., | ) | |
| Defendants. | ) | |

Pursuant to the parties' stipulation (#147), this action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: This 12th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE