UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | | |
|---|---|---|
| JEFF AIDNIK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  2:08-cv-02583-HDM-RAM |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CALIFORNIA MEDICAL FACILITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**IT IS ORDERED**, a <u>Telephonic Status Conference is set for Thursday, January 26, 2012 at 1:00 p.m. (PST) in Reno Courtroom 4 before Judge Howard D. McKibben</u>.  Pro Se Plaintiff and Phillip Arthur, on behalf of the Defendants, shall be present telephonically.  The Court shall initiate the call.

**IT IS SO ORDERED**.

Dated this 23rd day of January, 2012.

_____
HOWARD D. McKIBBEN,
Senior United States District Judge